UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID L. WILLIAMS,

        Plaintiff,

v.

SNOHOMISH COUNTY CORRECTIONS,

        Defendant.

Case No. C17-656 RSL-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the remaining record, does hereby **ORDER**:

(1)     The Court adopts the Report and Recommendation.

(2)     This matter is **DISMISSED without prejudice for failure to state a claim.**

(3)     The Clerk of Court is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 11th day of July, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1