# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID L. WILLIAMS,

      Plaintiff,

v.

SNOHOMISH COUNTY CORRECTIONS,

      Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.   C17-656 RSL-BAT

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

    The Report and Recommendation is adopted and approved. Plaintiff's complaint is **DISMISSED without prejudice for failure to state a claim.**

    Dated this 11th day of July, 2017.

                             WILLIAM M. MCCOOL
                             Clerk

                             Sharita Tolliver
                             Deputy Clerk